# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2005

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. Sec. 101-111)

COPY

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PADOVA, JOHN R. | EASTERN DISTRICT OF PA | 04/07/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| ACTIVE DISTRICT COURT JUDGE | ___ Nomination, Date ___ / / ___  <br> ___ Initial   X Annual   ___ Final | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 17613 U.S. COURTHOUSE <br> 601 MARKET STREET <br> PHILADELPHIA, PA 19106 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION                    NAME OF ORGANIZATION / ENTITY

[X] NONE (No reportable positions.)

1

2

3

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

DATE                    PARTIES AND TERMS

[X] NONE (No reportable agreements.)

1

2

3

FINANCIAL DISCLOSURE OFFICE   2006 APR 14 A 11: 19   RECEIVED

## II. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | NONE (No reportable non-investment income.) | |
| 1 | Prior earned fee distribution | 1,040 |
| 2 | | |
| 3 | | |
| 4 | | |

| | |
|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[ ] NONE (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | N.Y. Intellectual Property Law Assoc., Inc. | Annual dinner for fed.jud. 3/18/05 NY |
| 2 | | a. trans., pkg, cab, tips for Judge ▉▉▉ |
| 3 | | b. Assn pd directly-hotel, lodg. & meal |
| 4 | | for Judge ▉▉▉ |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 32-33 of Instructions.)*

[X] NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000  0=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  VKM PA QUALITY MUN TR ▉ | A | Interest | J | T | | | | | |
| 2  PNC BANK CHKG ▉ | A | Interest | J | T | | | | | |
| 3  V.K. AMER. CAP MUNI FUND PA | A | Div | | | S | 8/23 | J | A | |
| 4  ▉ IRA PNC ▉ | A | Interest | K | T | | | | | |
| 5  MORGAN STANLEY Q. M.I.T. | A | Div | | | S | 8/23 | J | | |
| 6  ALLIANCE Pa. TR-M.M. ▉ | A | Interest | | | | | | | Janney MM Acct. Closed |
| 7  Fed Pa Mun M.M. | A | Interest | J | T | | | | | MM Opened ▉ |
| 8  Genl M.M. Fund | A | Interest | J | T | | | | | MM Opened ▉ |
| 9  Dreyfus Pa M.M. | A | Interest | K | T | | | | | MM Opened ▉ |
| 10  Boston Capital ▉ 17 | A | Interest | J | T | | | | | |
| 11  Bank Chkg & Sav. ▉ Citizens Bank | A | Int | J | T | | | | | |
| 12  Dallas Ft. Worth | A | Interest | J | T | | | | | |
| 13  New Hampshire St. Bus. Fin. | A | Interest | | | S | 7/20 | K | B | |
| 14  PA Econ. Dev. Fin. G&B 12-1-30 | A | Interest | J | T | | | | | |
| 15  Exelon | A | Dividend | K | T | | | | | |
| 16  USAA Sav-Act | A | Interest | J | T | Cash | | | | |
| 17  Beaver Co. Pa. IDA 5/1/20 to LED-Series A | A | Interest | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PADOVA, JOHN R. | 04/07/2006 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Phila. PA Hosp & Hi Ed. Ser A 6/1/23 | B | Interest | | | R | 6/1 | K | A | |
| 19  Pa Conv.Ctr.Aut 9/1/19 | B | Interest | | | R | 12/1 | K | A | |
| 20  Boston Cap Ser 23 | A | Dividend | J | T | | | | | |
| 21  Phila Pa Arpt 6/15/09 | A | Interest | | | S | 7/8 | J | A | |
| 22  Beaver Cnty Pa. IDA (Tol Ed) 5/1/20 Series B | C | Interest | K | T | | | | | |
| 23  Boston Cap  SER 15 & 18 | A | Interest | J | T | | | | | |
| 24  JMS/DLJSC/Phila Inv. RETIRE. PLAN ACCT.J PADOVA IRA | E | Div & Int | P1 | T | | | | | 25-35, 38-42, 83-85, 111-117 |
| 25  - ACM Man. Dollar Inc. Fund | B | Dividend | K | T | | | | | |
| 26  - Pershing Gov Act-mm | B | Dividend | L | T | | | | | |
| 27  - ACM Govt. Sec. Fund | C | Dividend | K | T | | | | | |
| 28  - Alliance World Fund | C | Dividend | K | T | | | | | |
| 29  - Commercial Act Lease Realty, Inc. | B | Dividend | K | T | | | | | |
| 30  - Aspen Group Res. Corp. | | None | J | T | | | | | |
| 31  - Templeton Emer Mktg. Inc. | B | Dividend | K | T | | | | | |
| 32  - U.S. Treas. Sec Strip 11/15/05 | | None | | | R | 11/15 | L | D | |
| 33  - U.S. Treas. Sec Strip 11/15/06 | | None | M | T | | | | | |
| 34  - Pepsico Cap Res Inc. 4/01/11 | | None | L | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 - U.S. Treas SEC Strip 11/15/11 | | None | M | T | | | | | |
| 36 - Fid. Adv. Sr 11 Gro Opty Fd. B | A | Dividend | J | T | | | | | |
| 37 - Putnam Inv Fds - Gro B | A | Dividend | J | T | | | | | |
| 38 - USEC Inc | A | Dividend | | | S | 3/30 | K | C | |
| 39 - PP&L RES Inc. | C | Dividend | | | S | 5/25 | M | | |
| 40 - Allete Inc  ADESA Inc | B | Dividend | K | T | PS (Adesa) | 5/31 | K | A | See Sec. VIII |
| 41 - Van Kampen Amer Cap Sr Inc. | C | Dividend | K | T | | | | | |
| 42 - FHLMC Ser-2496 5.5 | | None | L | T | | | | | |
| 43 Berks Cty. Pa M.A. - Phoebe ● | A | Interest | J | T | | | | | |
| 44 New Jersey Econ Dev 10/23 | A | Interest | J | T | | | | | |
| 45 Allegheny Pa IDA - Presb. 1/06 | B | Interest | K | T | | | | | |
| 46 Evergreen Money Mkt 9 (First Union) | A | Dividend | J | T | | | | | |
| 47 First Union CD Now Wachovia | B | Interest | K | T | | | | | |
| 48 Beaver Co. IDA 6/1/28 ● Ship. | A | Interest | J | T | S | 3/15 | J | A | |
| 49 Erie Co. H.A. - St. Mary's ● | B | Interest | K | T | | | | | |
| 50 Louisiana Loc. Govt. St. James ● | B | Interest | K | T | | | | | |
| 51 Vanguard Pa L/T Tax Ex Fund | D | Interest | M | T | PS | 1/3 | K | B | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Vanguard M/M - IRA | C | Dividend | M | T | | | | | |
| 53 Vanguard B/M - IRA | D | Dividend | M | T | | | | | |
| 54 Vanguard 500 - IRA | C | Dividend | M | T | | | | | |
| 55 American Century ⬛ | A | Dividend | K | T | | | | | |
| 56 Beaver Co PA IDA Ship 6/1/28 ⬛ | A | Interest | | | S | 3/15 | J | A | |
| 57 Del Co. PA Hosp A - Crozier | A | Interest | | | R | 3/24 | J | A | |
| 58 Bucks Co. PA IDA - Chandler | B | Interest | | | S | 5/13 | K | | |
| 59 Montgomery Co. PA Hgr Ed. Auth Temple 7/1/07,7/1/19,7/1/29 | | None | K | T | | | | | |
| 60 Chester Co. PA Higher Ed. 6/1/18 | B | Interest | K | T | | | | | |
| 61 PA Hsg Fin. Agy 10/1/29 | A | Interest | | | S | 3/18 | J | | |
| 62 Ohio State Env. 5/1/29 ⬛ | B | Interest | K | T | | | | | |
| 63 PNC Bank Sav. ⬛ | A | Interest | K | T | | | | | |
| 64 Allegheny Co. Pa. USX-5.6 | B | Interest | K | T | | | | | |
| 65 Allegheny Co. Pa. Res. Fin. (5)5.35 *4.2-9/1/01 | A | Interest | | | S | 5/2 | J | | |
| 66 Allegheny Co. Pa.-South Hills 8.625 | B | Interest | K | T | | | | | |
| 67 Allegheny Co. Pa - South Hills 7.4 | B | Interest | K | T | | | | | |
| 68 NJ Econ Dev - Seashore 4-1-31 | B | Interest | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 69 Allegheny Co. Pa. IDA 6-6● | A | Interest | J | T | | | | | |
| 70 Allegheny Co. PA. IDM. USX 5.5 | A | Interest | J | T | | | | | |
| 71 Indiana Co. PA IDA 6/1/27 | B | Interest | | | S | 3/17 | K | | |
| 72 NJ Economic Dev-Presby. 12-1-32 | B | Interest | J | T | | | | | |
| 73 Conn St. Dev. Auth - 4/1/21 | A | Interest | J | T | | | | | |
| 74 Blair Co.-Penn St 1/1/22 | B | Interest | K | T | | | | | |
| 75 "Blair Co.-" 1/1/34 | A | Interest | J | T | | | | | |
| 76 Lehigh Co. G.P.A.-Bible 11/1/33 | B | Interest | K | T | | | | | |
| 77 Kemper Pa. Mun. Cash Fund | A | Interest | | | | | | | MM Acct Closed ● |
| 78 Del. Co. Pa. Auth. Cabrini ● | B | Interest | K | T | | | | | |
| 79 Puerto Rico Hwy & T. 5.0 | B | Interest | | | S | 9/7 | K | B | |
| 80 Miami Dade Co. Fla. Av. | B | Interest | K | T | S | 3/18 | K | | |
| 81 Nuveen Select ● | B | Interest | K | T | | | | | |
| 82 Pa. St. Tpk. Comn Oil ● | B | Interest | K | T | | | | | |
| 83 Fedl Nat'l Mtge Assn. medium term, 12/18/06 | B | Interest | L | T | | | | | |
| 84 - FEDL Hom. Ln Mtge 4/17/18 | C | Interest | L | T | | | | | |
| 85 - Cons Edison Ins. Com. | C | Dividend | L | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE   (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86  PA St Ref-1st Ser. 4.5 | A | Interest | J | T | | | | | |
| 87  PA St Go - 5.0 | A | Interest | J | T | | | | | |
| 88  Stroudsberg, PA - 5.0 | B | Interest | J | T | | | | | |
| 89  Economy, PA - 5.0 | B | Interest | K | T | | | | | |
| 90  Mtgy. Co. IDA Ret. 5.250 | B | Interest | K | T | | | | | |
| 91  San Jose Fing. Auth. | B | Interest | K | T | | | | | |
| 92  Union Co. Hosp. - 5.0 | B | Interest | K | T | | | | | |
| 93  Illinois Edl. Facs. | B | Interest | K | T | | | | | |
| 94  Puerto Rico 5.0 7/1/42 | A | Interest | | | S | 9/7 | J | A | |
| 95  Pimco Fund. A | A | Interest | | | S | 7/22 | K | A | |
| 96  Blackrock Strategic | B | Dividend | K | T | | | | | |
| 97  Eaton Vance | A | Dividend | | | S | 7/22 | K | | |
| 98  Lancaster PA Ser A - 4.5% | A | Interest | K | T | B | 6/20 | K | | |
| 99  Lehigh Co PIDA 9/1/29 | A | Interest | J | T | B | 3/22 | J | | |
| 100  Inq.Global Eq (JT) | A | Dividend | J | T | B | 3/28 | K | | |
| 101  Upper St. Clair Tw 7-25-43 | A | Interest | K | T | B | 7/27 | K | | |
| 102  Virgin Isl. 10-31 - 5% | A | Interest | K | T | B | 3/28 | K | | |

1 Inc/Gain Codes: A=$1,000 or less          B=$1,001-$2,500          C=$2,501-$5,000          D=$5,001-$15,000          E=$15,001-$50,000
(Col. B1, D4)       F=$50,001-$100,000       G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:       J=$15,000 or less          K=$15,001-$50,000          L=$50,001-$100,000          M=$100,001-$250,000          N=$250,001-$500,000
(Col. C1, D3)      O=$500,001-$1,000,000      P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:  Q=Appraisal          R=Cost (real estate only)          S=Assessment          T=Cash/Market
(Col. C2)         U=Book Value         V=Other                            W=Estimated

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103 Blackrock Enhanced | B | Dividend | K | T | B | 8/25 | K | | |
| 104 Eaton Vance-Tx mg. | B | Dividend | L | T | B | 9/27 | L | | |
| 105 Nuveen Eq Prem Growth | A | Dividend | K | T | B | 11/28 | K | | |
| 106 Small Cap Prem | A | Dividend | K | T | B | 7/26 | K | | |
| 107 Inq GLobal Eq. | B | Dividend | K | T | B | 3/31 | K | | |
| 108 Puerto Rico 7/1/42 | B | Interest | K | T | B | 3/28 | K | | |
| 109 Puerto Rico 7/1/42 | B | Interest | K | T | PS | 9/7 | K | A | |
| 110 Puerto Rico 7/1/42 | | None | K | T | B | 12/27 | K | | |
| 111 Cinergy Corp (IRA) | | None | M | T | B | 5/20 | M | | |
| 112 Microsoft (IRA) | | | K | T | B | 9/12 | K | | |
| 113 Intel (IRA) | | | K | T | B | 9/12 | K | | |
| 114 Tupperware Corp (IRA) | A | Dividend | | | B | 3/30 | M | | |
| 115 Tupperware Corp. (IRA) | A | Dividend | | | S | 8/10 | M | D | |
| 116 Tupperware (IRA) | A | Dividend | | | B | 8/23 | M | | |
| 117 Tupperware (IRA) | A | Dividend | | | S | 11/10 | M | C | |
| 118 Nuveen PA Prem Inc ((JT) | | | K | T | B | 12/27 | K | | |
| 119 Nuveen PA Invt QF (JT) | | | K | T | B | 12/27 | K | | |

1 Inc/Gain Codes: A=$1,000 or less       B=$1,001-$2,500       C=$2,501-$5,000       D=$5,001-$15,000       E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:     J=$15,000 or less       K=$15,001-$50,000       L=$50,001-$100,000       M=$100,001-$250,000       N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal       R=Cost (real estate only)       S=Assessment       T=Cash/Market
(Col. C2)       U=Book Value       V=Other       W=Estimated

## VII. Page 8 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 Van Kempen Amer PA Mun. Inc. (JT ) | | | K | T | B | 12/27 | K | | |
| 121 | | | | | | | | | |
| 122 | | | | | | | | | |
| 123 | | | | | | | | | |
| 124 | | | | | | | | | |
| 125 | | | | | | | | | |
| 126 | | | | | | | | | |
| 127 | | | | | | | | | |
| 128 | | | | | | | | | |
| 129 | | | | | | | | | |
| 130 | | | | | | | | | |
| 131 | | | | | | | | | |
| 132 | | | | | | | | | |
| 133 | | | | | | | | | |
| 134 | | | | | | | | | |
| 135 | | | | | | | | | |
| 136 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Line 40.   In 2004, Adesa spun-off from Allete in a reverse split.   On May 31, 2005 all Adesa stock which resulted from the spin-off was sold.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>PADOVA, JOHN R. | Date of Report<br><br>04/07/2006 |
|---|---|---|

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.



Signature                                                    Date 4-7-2006

Note:        Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544